DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FERMAN HENRY SMITH IV,**
Appellant,

v.

**SHLOMO PEER** and **GAL ENTERPRISES OF PLANTATION,**
Appellees.

No. 4D2025-2339

[March 5, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case No. COCE25-048120.

Ferman Henry Smith IV, pro se.

No brief filed on behalf of appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***